**Order entered July 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00161-CV

## IN THE INTEREST OF T.R.N. AND A.R.N., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-00385-X**

## ORDER
Before Justices Bridges, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** April E. Smith's April 29, 2019

motion to withdraw as Father's appointed counsel on appeal.

/s/     ROBBIE PARTIDA-KIPNESS
        JUSTICE